170 A.3d 311

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. FREDERICK DALTON, DEFENDANT-PETITIONER.

June 29, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003590–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.